TIFFANY & COMPANY, A BODY CORPORATE, DEFENDANT, v. MARYON ANDREWS D'ERLANGER, PROSECUTOR.

Decided June 12, 1923.

On *certiorari* removing the judgment of the Passaic Circuit Court.

Argued by consent before MINTURN, J.

For the prosecutor, *George W. McCarter.*

For the defendant, *Wall, Haight, Carey & Hartpence.*

My examination of the record, and my consideration of the arguments and briefs of counsel, have led me to concur in the views expressed by Judge Newman in his opinion filed in this cause in the Circuit.

The judgment under review will thereupon be affirmed.